**Dismissed and Opinion Filed December 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00346-CR
### No. 05-14-00347-CR

### MICHAEL KENNEDY LOUIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 204th Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F13-10013-Q, F13-52531-Q

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Brown

Appellant has filed a motion to dismiss the appeals. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
140346F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MICHAEL KENNEDY LOUIS, Appellant

No. 05-14-00346-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F13-10013-Q.
Opinion delivered per curiam before Chief Justice Wright and Justices Myers and Brown.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered December 22, 2014.



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

MICHAEL KENNEDY LOUIS, Appellant

No. 05-14-00347-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F13-52531-Q.
Opinion delivered per curiam before Chief Justice Wright and Justices Myers and Brown.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered December 22, 2014.